US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 0 8 2019

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:19 CR 30003-001-021 |
| | ) | |
| VS. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| ZACHERY LEE MANNING; −001 | ) | 21 U.S.C. § 841(b)(1)(A)(viii) |
| NATHAN RON COLLINS; − 002 | ) | 21 U.S.C. § 841(b)(1)(B)(viii) |
| ROBERT LEROY BLACK; − 003 | ) | 21 U.S.C. § 846 |
| CHAMPAYNE LAMAR MANNING; −004 | ) | 18 U.S.C. § 2 |
| JERRY DON "JD" RICHARDSON; −005 | ) | 18 U.S.C. § 924(c)(1)(A) |
| LOUIS MARCIL III a/k/a "Caveman"; 006 | ) | |
| CHRISTY LYNN REYNOLDS; − 007 | ) | |
| MALIA ANNE McEANEY; − 008 | ) | |
| SYDNEY LYNN MARTIN; − 009 | ) | |
| AMANDA MARIE WALL; − 010 | ) | |
| SAMANTHA MARIE FITZPATRICK; −011 | ) | |
| SHERRIE "SHEY" DENISE SNELLING −012 | ) | |
| a/k/a Sherrie Denise Glover; | ) | |
| MICHAEL ALLAN BARNETT; −013 | ) | |
| JAMES ANDREW "ANDY" DAVIDSON; −014 | ) | |
| JESSICA CHELSEA STARKEY; − 015 | ) | |
| CRISTEN SHILLINGS − 016 | ) | |
| a/k/a Cristen Currey Morris; | ) | |
| HAILEY DANIELLE DOSS-TRIPLETT; −017 | ) | |
| STEVEN RAY KOLLIN; − 018 | ) | |
| DARIAN NICOLE BRITTAIN; − 019 | ) | |
| BRAYDEN THOMAS CORNELIUS; − 020 | ) | |
| LINDSEY BROOKE JOHNSON − 021 | ) | |
| a/k/a Lindsey Brooke Campbell | ) | |
| a/k/a Lindsey Brooke Thomason | ) | |

## COUNT ONE

Beginning on or about an unknown date, but at least as early as May 1, 2018, and
continuing to on or about April 8, 2019, in the Western District of Arkansas, Harrison Division,
and elsewhere, the defendants, **ZACHERY LEE MANNING, NATHAN RON COLLINS,**

1

**ROBERT LEROY BLACK, CHAMPAYNE LAMAR MANNING, JERRY DON "JD" RICHARDSON, LOUIS MARCIL III a/k/a "Caveman," CHRISTY LYNN REYNOLDS, MALIA ANNE McEANEY, SYDNEY LYNN MARTIN, AMANDA MARIE WALL, SAMANTHA MARIE FITZPATRICK, SHERRIE "SHEY" DENISE SNELLING, MICHAEL ALLAN BARNETT, JAMES ANDREW "ANDY" DAVIDSON, JESSICA CHELSEA STARKEY, CRISTEN SHILLINGS, HAYLEY DANIELLE DOSS-TRIPLETT, STEVEN RAY KOLLIN, DARIAN NICOLE BRITTAIN, BRAYDEN THOMAS CORNELIUS, LINDSEY BROOKE JOHNSON,** and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury to distribute a mixture or substance that contained a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 846.

## COUNT TWO

On or about August 20, 2018 in the Western District of Arkansas, Harrison Division, the defendant, **NATHAN RON COLLINS**, knowingly and intentionally distributed more than fifty (50) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(A)(viii).

## COUNT THREE

On or about August 28, 2018 in the Western District of Arkansas, Harrison Division, the defendant, **NATHAN RON COLLINS**, knowingly and intentionally distributed more than fifty (50) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(A)(viii).

2

## COUNT FOUR

On or about September 19, 2018 in the Western District of Arkansas, Harrison Division, the defendant, **NATHAN RON COLLINS**, knowingly and intentionally distributed more than fifty (50) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(A)(viii).

## COUNT FIVE

On or about September 28, 2018 in the Western District of Arkansas, Harrison Division, the defendant, **ROBERT LEROY BLACK**, knowingly and intentionally distributed more than fifty (50) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(A)(viii).

## COUNT SIX

On or about October 3, 2018, in the Western District of Arkansas, Harrison Division, the defendants, **ZACHERY LEE MANNING and CHAMPAYNE LAMAR MANNING**, aided and abetted by each other and others known and unknown to the grand jury, knowingly and intentionally distributed a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1), and Title 18 United States Code § 2.

## COUNT SEVEN

On or about October 10, 2018 in the Western District of Arkansas, Harrison Division, the defendant, **ROBERT LEROY BLACK**, knowingly and intentionally distributed more than fifty (50) of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(B)(viii).

3

### COUNT EIGHT

On or about October 31, 2018 in the Western District of Arkansas, Harrison Division, the defendant, **ZACHERY LEE MANNING**, knowingly and intentionally distributed a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1).

### COUNT NINE

On or about the morning hours of November 19, 2018 in the Western District of Arkansas, Harrison Division, the defendant, **ZACHERY LEE MANNING**, knowingly and intentionally distributed a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1).

### COUNT TEN

On or about the evening hours of November 19, 2018 in the Western District of Arkansas, Harrison Division, the defendant, **ZACHERY LEE MANNING**, knowingly and intentionally distributed a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1).

### COUNT ELEVEN

On or about November 29, 2018 in the Western District of Arkansas, Harrison Division, the defendant, **ZACHERY LEE MANNING**, knowingly and intentionally distributed more than fifty (50) grams of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 841(b)(1)(B)(viii).

## COUNT TWELVE

On or about March 3, 2019, in the Western District of Arkansas, Harrison Division, the defendants, **STEVEN RAY KOLLIN and DARIAN NICOLE BRITTAIN** did knowingly possess with intent to distribute a controlled substance, namely, a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

## COUNT THIRTEEN

On or about March 7, 2019, in the Western District of Arkansas, Harrison Division, the defendant, **JERRY DON "JD" RICHARDSON** did knowingly possess with intent to distribute a controlled substance, namely, a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 United States Code, § 841(a)(1).

## COUNT FOURTEEN

On or about March 13, 2019, in the Western District of Arkansas, Harrison Division, the defendant, **ZACHERY LEE MANNING**, did knowingly possess with intent to distribute a controlled substance, namely, a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 United States Code, § 841(a)(1).

## COUNT FIFTEEN

On or about March 13, 2019, in the Western District of Arkansas, Fayetteville Division, the defendant, **ZACHERY LEE MANNING**, did knowingly possess a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute a mixture or substance containing a detectible amount of

5

methamphetamine, in violation of Title 21 U.S.C. § 841(a)(1) and 846, which is the offense described in Count One; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

The allegations contained in Counts One through Fifteen of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841, 846, and 856 the defendants, **ZACHERY LEE MANNING, NATHAN RON COLLINS, ROBERT LEROY BLACK, CHAMPAYNE LAMAR MANNING, JERRY DON "JD" RICHARDSON, LOUIS MARCIL III a/k/a "Caveman," CHRISTY LYNN REYNOLDS, MALIA ANNE McEANEY, SYDNEY LYNN MARTIN, AMANDA MARIE WALL, SAMANTHA MARIE FITZPATRICK, SHERRIE "SHEY" DENISE SNELLING, MICHAEL ALLAN BARNETT, JAMES ANDREW "ANDY" DAVIDSON, JESSICA CHELSEA STARKEY, CRISTEN SHILLINGS, HAYLEY DANIELLE DOSS-TRIPLETT, STEVEN RAY KOLLIN, DARIAN NICOLE BRITTAIN, BRAYDEN THOMAS CORNELIUS, LINDSEY BROOKE JOHNSON,** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

    a. A money judgment; and

    b. $14,733 seized from Lindsey Brooke Johnson on March 15, 2019;

6

    c.  Springfield XDS .45 caliber pistol, serial # SP0044052;

    d.  SigSauer model SP2340 pistol, serial # 371051940;

    e.  Smith & Wesson AR-15 style rifle, serial # 11185855;

    f.  Marlin .22 caliber rifle, without serial number;

    g.  SKS rifle, serial # 96621682;

    h.  12 gauge shotgun, unknown make/model, serial # 12415983;

    i.  Inhara 10-gauge shotgun, without serial number;

Moreover, if any property subject to forfeiture, as a result of any act or omission by the defendant:

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to, or deposited with a third party;

    (c) Has been placed beyond the jurisdiction of the court;

    (d) Has been substantially diminished in value; or

    (e) Has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A true bill.

DUANE (DAK) KEES
UNITED STATES ATTORNEY

/s/ Grand Jury Foreperson
Foreperson

By:  Brandon Carter
Assistant United States Attorney
Ark. Bar Number 2005241
414 Parker Avenue
Ft. Smith, AR  72902
Phone:  (479) 494-4075
Email:  brandon.t.carter@usdoj.gov

7